Form otfrcase

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602–1003

*In Re:*  Todd Michael Newberry
   *Debtor(s)*

*Case No.:*  09–81014                    *Chapter:*  7

## *ORDER*

**IT IS HEREBY ORDERED** that the above captioned case is transferred to the Northern District of Illinois, Chicago Division.

**Entered:** 4/14/09

                    /S/
                    Thomas L. Perkins
                    U.S. Bankruptcy Judge

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.